U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY - 8 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY CARTER | CIVIL ACTION NO. 11-cv-1524 |
| VERSUS | JUDGE STAGG |
| U.S. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees Under Section 406(b) (Doc. 24) is granted, and the court approves a fee award under 42 U.S.C. § 406(b) in the amount of $15,515.62 for the work of attorney Ronald D. Honig before the court in this case, with the amount to be paid from the past due benefits held by the Commissioner for such purposes. It is further ordered that Honig, upon receipt of the Section 406(b) fee, return to Plaintiff the $2,377.50 EAJA fee that the court awarded earlier in the case.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 7th day of May, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE